## COMMISSIONER OF INTERNAL REVENUE

v.

**Frank O. MAIXNER et al.**

**No. 16707.**

United States Court of Appeals
Eighth Circuit.

April 19, 1961.

R. P. Hertzog, Acting Chief Counsel, Washington, D. C., and Louis F. Oberdorfer, Asst. Atty. Gen., for petitioner.

Louis J. Moriarty, Minneapolis, Minn., for respondent.

PER CURIAM.

Petition to Review Decision of Tax Court dismissed on motion of petitioner, 33 T.C. 191.

## LEMPCO PRODUCTS, INC., Plaintiff-Appellee

v.

**H. D. HILL, d/b/a Hill Motors and Hill Motor Rebuilding, Defendant-Appellant.**

**No. 14324.**

United States Court of Appeals
Sixth Circuit.

May 17, 1961.

Roger B. McCormick, Hartford, Conn., Teller & McCormick, Hartford, Conn., and Charles Marshall Hogan, Cincinnati, Ohio, on brief, for appellant.

William S. Rambo, Columbus, Ohio, Mahoney, Miller & Rambo, Columbus, Ohio, on brief, for appellee.

Before MILLER, Chief Judge, and McALLISTER and CECIL, Circuit Judges.

ORDER.

The above cause coming on to be heard on the record, the briefs of the parties and the argument of counsel in open court, and the court being duly advised,

Now, therefore, it is ordered, adjudged and decreed that the judgment of the District Court be and is hereby affirmed on the findings of fact, conclusions of law, and the opinion of Judge Kloeb, reported in 181 F.Supp. 789.